# IN THE UNITED STATES BANRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| IN THE MATTER OF: | CASE NO. 10-09073-BKT |
|---|---|
| JOHNALEX J BURGOS HERNANDEZ | CHAPTER 13 |

## MOTION SUBMITTING AMENDED PLAN

**TO THE HONORABLE COURT:**

Come now Debtor, represented by the undersigned attorney, and very respectfully avers and prays as follows:

1. On September 30, 2010, the debtor filed a Chapter 13 Plan under the provisions of the Bankruptcy Code.

2. The undersigned herein submits an amended Chapter 13 plan dated December 31, 2010.

**WHEREFORE** applicant prays from this Honorable Court to take notice of the aforementioned information and grant any appropriate relief.

**NOTICE:** Within thirty (30) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this December 31, 2010.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date the foregoing motion was filed with the Clerk of the Court using the CM/ECF system, which

will send notification of such filing to all CM/ECF participants and further certify that an exact copy will be sent by mail to all creditors and parties in interest in the attached mailing matrix.

**EMG Despacho Legal, C.R.L.**
Edificio La Electrónica
Suite 201-A, Calle Bori 1608
San Juan, Puerto Rico 00927
Tel: (787) 753-0055
Fax: (787 767-5015
e-mail: lcdomangual@gmail.com

**By: /s/*Edgardo Mangual González***
EDGARDO MANGUAL GONZÁLEZ
USDC No. 223113

# United States Bankruptcy Court
# District of Puerto Rico

IN RE:  Case No. **10-09073-13**

**BURGOS HERNANDEZ, JOHNALEX J**  Chapter **13**
         Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____  ☑ AMENDED PLAN DATED: **12/31/2010**
☐ PRE ☐ POST-CONFIRMATION   Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| $ | **500.00** x | **3** | = $ | **1,500.00** |
| $ | **595.00** x | **55** | = $ | **32,725.00** |
| $ | x | | = $ | |
| $ | x | | = $ | |
| $ | x | | = $ | |

TOTAL: $ **34,225.00**

Additional Payments:
$ **4,000.00** to be paid as a LUMP SUM within **47 months** with proceeds to come from:

☐ Sale of Property identified as follows:

☑ Other:
**COME FROM ANNUALLY TAX REFUNDS**

Periodic Payments to be made other than, and in addition to the above:
$_____ x _____ = $_____

PROPOSED BASE: $ **38,225.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,300.00**

Signed: **/s/ JOHNALEX J BURGOS HERNANDEZ**
        Debtor

_____
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **BANCO POPULAR D**  Cr. _____  Cr. _____
# **166641-2**  # _____  # _____
$ **13,172.46**  $ _____  $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **COOP. ORIENTAL**  Cr. **CRIM**  Cr. _____
# **69166-1**  # **cl #5**  # _____
$ **15,219.06**  $ **1,655.34**  $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____  Cr. _____  Cr. _____
# _____  # _____  # _____
$ _____  $ _____  $ _____
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
**EMPRESAS BERRIO** /Coop. Oriental (shares)
5. ☐ Other: _____
6. ☑ Debtor otherwise maintains regular payments directly to:
**BANCO POPULAR D**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
             ☐ Paid 100% / ☐ Other: _____
Cr. _____  Cr. _____  Cr. _____
# _____  # _____  # _____
$ _____  $ _____  $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
**ATTYS FEES TO BE PAID FIRST.**
**ANY POST PETITION INCOME TAX REFUNDS THAT THE DEBTOR(S) WOULD BE ENTITLED TO RECEIVE DURING THE TERM OF THE PLAN WILL BE USED TO FUND THIS PLAN. AFTER ITS CONFIRMATION, AND WITHOUT FURTHER NOTICE, HEARING OR COURT ORDER, THE PLAN SHALL BE DEEMED MODIFIED BY THE INCREMENT(S) TO ITS BASED, IN AN AMOUNT EQUAL TO THE AMOUNT OF EACH INCOME TAX REFUNDS.**
**ADEQUATE PROTECTION PAYMENT TO COOP. ORIENTAL IN THE AMOUNT OF $100.00 UNTIL CONFIRMATION OF THE PLAN. INSURANCE TO BE PROVIDED AT MATURITY DATE (04/23/2013) TO COOP. ORIENTAL BY EASTERN AMERICAN UNIVERSAL INSURANCE ($47.00 X 29 = $1,363.00)**

Attorney for Debtor **EMG Despacho Legal, CRL**  Phone: **(787) 753-0055**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 10-09073-BKT13<br>District of Puerto Rico<br>Old San Juan<br>Sat Oct 30 12:12:09 AST 2010 | BANCO POPULAR DE PUERTO RICO<br>c/o WALLACE VAZQUEZ SANABRIA<br>17 MEXICO STREET, SUITE D-1<br>SAN JUAN, PR 00917-2202 | COOP A/C ORIENTAL<br>PO BOX 876<br>HUMACAO, PR 00792-0876 |
| US Bankruptcy Court District of P.R.<br>U.S. Post Office and Courthouse Building<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | BANCO POPULAR DE PR<br>MORTGAGE SERVICING DIVISION<br>P.O. BOX 71375<br>SAN JUAN, PR 00936-8475 | CRIM<br>PO BOX 195387<br>SAN JUAN, PR 00919-5387 |
| EMP. BERRIOS FINANCIERA<br>PO BOX 674<br>CIDRA, PR 00739-0674 | LIBERTY CABLEVISION<br>PO BOX 179<br>LUQUILLO, PR 00773-0179 | PROFESIONAL RECOVERIES INC.<br>PO BOX 15520<br>WILMINGTON, DE 19850-5520 |
| TREASURY SECRETARY<br>DEPARTAMENTO DE HACIENDA<br>P.O. BOX 9024140<br>SAN JUAN, PR 00902-4140 | ALEJANDRO OLIVERAS RIVERA<br>ALEJANDRO OLIVERAS, CHAPTER 13 TRUS<br>PO BOX 9024062<br>SAN JUAN, PR 00902-4062 | EDGARDO MANGUAL GONZALEZ<br>EMG LEGAL PARTNERS, PSC<br>EDIFICIO LA ELECTRONICA<br>SUITE 201-A, CALLE BORI 1608<br>SAN JUAN, PR 00927-6112 |
| JOHNALEX J BURGOS HERNANDEZ<br>HC 20 BOX 11248<br>JUNCOS, PR 00777-9641 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901-1938 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)COOP A/C ORIENTAL<br>PO BOX 876<br>HUMACAO, PR 00792-0876 | End of Label Matrix<br>Mailable recipients    13<br>Bypassed recipients     1<br>Total                  14 |